# STOLZ & ASSOCIATES LLC

Attorneys at Law

---

Towne Centre Professional Park
5 Walter E. Foran Blvd.
Suite 2010
Flemington, NJ 08822-4674
(tel) 908-371-1350   (fax) 908-271-6500   www.stolzlaw.com

Jared E. Stolz, Esq.

February 8, 2021

**VIA E- FILING**

Hon. Michael A. Hammer, U.S. Magistrate Judge
United States District Court, District of New Jersey Newark
MLK Jr. Federal Building & Courthouse
2nd Floor
50 Walnut Street
Newark, NJ 07102

**RE: CASA D' PACO V BERKSHIRE HATHAWAY**
    Our File No.: 2271 B
    Superior Court Docket No.: ESX-L-4969-20
    Civil Action No. 2:20-cv-12102

Dear Judge Hammer:

Our office represents PlaintiffAngel Leston Corporation d/b/a Casa D'Paco in the above matter.

A phone conference was scheduled before Your Honor on Friday, February 5th at 2:00 p.m. My office had inadvertently mis-diaried this date which is why I

Stolz & Associates, LLC
Page 2

---

did not participate. Lilly from my office spoke with your Deputy on Friday to apologize and advise of the above. We are very sorry.

We are in receipt of the text order entered on February 5th and thank Your Honor for the Court's kind consideration.

Respectfully submitted,

**STOLZ & ASSOCIATES, LLC**

Jared E. Stolz, Esq.
jstolz@stolzlaw.com

JES/ls
cc: Michael Miles, Esq. via e-filing