UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| ANGEL LESTON CORPORATION d/b/a CASA D'PACO,<br><br>Plaintiffs,<br><br>VS.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES<br><br>Defendants. | Civil Action No. 2:20-cv-12102<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed that this civil action is dismissed with prejudice and with each party bearing its own costs and attorney's fees, and waiving any right of appeal.

**STOLZ & ASSOCIATES, LLC**
Attorney for Angel Leston Corporation d/b/a Casa D'Paco

By: _____
Jared E. Stolz, Esq.

DATED: February 23, 2021

**BROWN & CONNERY, LLP**
Attorney For Berkshire Hathaway Guard Insurance Companies

By: _____
Susan M. Leming, Esq.

Dated: February 24, 2021

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date: 2/25/21